**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| **JULIE GRIM,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:20-cv-00126-GNS |
| ) | |
| v. ) | *Filed Electronically* |
| ) | |
| **TOTAL CARD, INC.** ) | |
| ) | |
| ) | |
| Defendant. ) | |

* * * * *

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Julie Grim ("Plaintiff") and Defendant Total Card, Inc. ("Defendant") have settled this matter between them. Therefore, pursuant to Fed. R. Civ. P. § 41(a)(2), Plaintiff, individually, and Defendant Total Card, Inc. hereby stipulate and move that Plaintiff's claims against Total Card, Inc. be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

CRAIG HENRY PLC
James Craig

*s/* James Craig
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone: (502) 614-5962
jcraig@craighenrylaw.com

*Counsel for Plaintiff Julie Grim*

BELL, ORR, AYERS, MOORE, P.S.C.
Ian A. Loos

*s/ Ian A. Loos*
P.O. Box 738
Bowling Gree, Kentucky 42102
Telephone: (207) 781-8111
loos@boamlaw.com

*Counsel for Defendant Total Card, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ James Craig*