**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| JULIE GRIM, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>TOTAL CARD, INC. )<br>)<br>)<br>  Defendant. ) | Case No. 1:20-cv-00126-GNS<br><br>*Filed Electronically* |

\* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation filed by Plaintiff Julie Grim and Defendant Total Card, Inc. seeking the dismissal with prejudice of the Plaintiff's claims against Defendant Total Card, Inc. pursuant to Fed. R. Civ. P. § 42(a)(2).

Having considered the matter, and deeming it proper and just to do so, the motion is hereby GRANTED.

It is further Ordered that all claims and causes of action asserted by the Plaintiff against Defendant Total Card, Inc. are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Greg N. Stivers, Chief Judge
United States District Court

February 12, 2021